**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-02167 |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | Judge Andrea R. Wood |
| corporation, RONALD WATTS, former | ) | |
| Chicago Police Sergeant, former P.O. | ) | |
| KALLATT MOHAMMED, P.O. ALVIN | ) | |
| JONES, P.O. ELSWORTH SMITH Jr., P.O. | ) | |
| DOUGLAS NICHOLS JR., P.O. | ) | |
| LAMONICA LEWIS, PHILIP CLINE, | ) | |
| DANA STARKS, and other as-yet- | ) | |
| unidentified officers of the Chicago Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Joseph Roberts, by his attorneys, Loevy & Loevy; Defendant City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago; Defendants Philip Cline and Dana Starks by their attorneys, Burns Noland LLP, Special Assistant Corporation Counsel; Defendant Ronald Watts, by his attorneys, Johnson & Bell, Ltd., Special Assistant Corporation Counsel; Defendant Kallatt Mohammed, by his attorneys, Mohan Groble Scolaro, P.C., Special Assistant Corporation Counsel; and Defendants Alvin Jones, Elsworth Smith, Jr., Douglas Nichols, Jr., and Lamonica Lewis, by their attorneys, Hale & Monico, LLC, Special Assistant Corporation Counsel; and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff Joseph Roberts against Defendants City of Chicago, Ronald Watts, Kallatt Mohammed, Alvin Jones, Elsworth Smith, Jr., Douglas Nichols, Jr., Lamonica Lewis, Philip Cline, and Dana Starks, including all claims against unknown, unidentified, and/or unserved officers and agents of the Chicago Police Department, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice on June 15, 2026, unless a party has moved to extend that date prior to June 15, 2026. Each side shall bear its own costs and attorneys' fees.

All other court-ordered dates and deadlines are vacated. Civil case terminated.

ENTER: _____

ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE

2